UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CDM SMITH INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-10249 |
| ) | |
| **ELANGOVAN THEVAR and NEER** ) | |
| **TECHNOLOGIES, INC.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff CDM Smith Inc. does not have a parent corporation, nor is there any public corporation that owns 10% or more of CDM Smith Inc.'s stock.

Dated:  February 12, 2021

Respectfully submitted,

CDM SMITH INC.

By its attorneys,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO #669810)
sorkand@rc.com
Julianna M. Charpentier (BBO #703286)
jcharpentier@rc.com
Robinson & Cole LLP
One Boston Place, Floor 25
Boston, MA  02108-4404
(617) 557-5900

John L. Cordani (*pro hac vice forthcoming*)
jcordani@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8200

## **CERTIFICATE OF SERVICE**

I, Seth B. Orkand, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2021.

*/s/ Seth B. Orkand*
Seth B. Orkand