# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CDM SMITH INC.,** | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No.: 1:21-cv-10249 <br> ) |
| **ELANGOVAN THEVAR and NEER TECHNOLOGIES, INC.** | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE OF JULIANNA M. CHARPENTIER

Please enter the appearance of the undersigned counsel for Plaintiff CDM Smith Inc. in the above-captioned matter.

        CDM SMITH INC.,

        By its attorney,

        */s/ Julianna M. Charpentier*
        Julianna M. Charpentier (BBO #703286)
        jcharpentier@rc.com
        **ROBINSON & COLE, LLP**
        One Boston Place, 25th Fl.
        Boston, MA 02108
        Tel. 617-555-5900
        Fax 617-557-5999

Dated: February 12, 2021

## **CERTIFICATE OF SERVICE**

  I, Julianna M. Charpentier, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2021.

                */s/ Julianna M. Charpentier*
                Julianna M. Charpentier